IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:21-CV-00110-KDB-DSC

| | |
|---|---|
| SUMMIT MANAGEMENT SERVICES INC et. al., ) ) ) Plaintiffs, ) ) v. ) ) ) FALLS LAKE FIRE & CASUALTY COMPANY et. al., ) ) ) Defendants. ) | **ORDER** |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for Nicholas Richardson and Robert M. Darroch]" (documents ##10 and 11) filed August 13, 2021. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Kenneth D. Bell.

**SO ORDERED**.

Signed: August 16, 2021

David S. Cayer
United States Magistrate Judge